```
                                            FILED
                                    CLERK, U.S. DISTRICT COURT

                                        JUN 16 2009

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                    DEPUTY
```

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DANIEL S. GOODMAN (Cal. State Bar No. 126728)
Assistant United States Attorney
Deputy Chief, Criminal Division
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California  90012
     Telephone:  (213) 894-4667
     Facsimile:  (213) 894-0141
     E-mail: daniel.goodman@usdoj.gov

Attorneys for Complainant
UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>JOSE MANUEL GARIBAY FELIX,<br>  aka Manuel Garibay Felix,<br>  aka El Gordo,<br>  aka El Manuelon,<br><br>A Fugitive from the<br>Government of Mexico. | No. CV 08-5556-JFW(CW)<br><br>[PROPOSED] CERTIFICATION OF EXTRADITABILITY AND ORDER OF COMMITTMENT |

    The undersigned judicial officer has received three extradition requests filed by the United States Attorney for the Central District of California, for and on behalf of the Government of Mexico, relating to Jose Manuel Garibay Felix, aka Manuel Garibay Felix, aka El Gordo, aka El Manuelon.  Those requests are as follows:

        ORIGINAL EXTRADITION REQUEST, seeking extradition on charges of (1) violation of the federal law against organized crime, (2) growing marijuana, and (3) weapons stockpiling.  The United States filed that extradition request on or about August 25, 2008.

> FIRST SUPPLEMENTAL EXTRADITION REQUEST, seeking extradition on charges of (1) aggravated kidnapping and (2) aggravated homicide. The United States filed that extradition request on or about March 17, 2009.
>
> SECOND SUPPLEMENTAL EXTRADITION REQUEST, seeking extradition on charges of (1) aggravated homicide, (2) criminal association, and (3) violent robbery. The United States filed that extradition request on or about March 23, 2009.

The undersigned has also received an affidavit of consent to extradition executed by Jose Manuel Garibay Felix and witnessed by his attorney, Guadalupe Valencia.

On June 16, 2009, Jose Manuel Garibay Felix appeared before the undersigned judicial officer in open session, accompanied by his attorney, and in the presence of the aforementioned Assistant United States Attorney. The Court addressed Jose Manuel Garibay Felix and is satisfied that he is aware of his rights and that the affidavit was executed by him knowingly and voluntarily.

Inasmuch as Jose Manuel Garibay Felix has conceded that he is extraditable on the charges for which extradition is requested, and has consented to a certification by the undersigned judicial officer to that effect, and has further consented to remain in custody until his transport to Mexico, unless the Secretary of State declines to issue a surrender warrant, the undersigned finds on the basis of the files and record herein that:

1. The undersigned judicial officer is authorized under Title 18, United States Code, Section 3184, to conduct an extradition hearing.

2. The undersigned judicial officer and the Court on which he sits have personal jurisdiction over Jose Manuel Garibay Felix.

3. There is currently in force an extradition treaty between the Government of the United States and the Government of Mexico.

4. Jose Manuel Garibay Felix is wanted in Mexico for prosecution on the charges in the three extradition requests described above. He is the subject of arrest warrants issued in Mexico on all those charges.

5. The charges for which extradition is sought constitute extraditable offenses within the meaning of Article II of the U.S.-Mexico Extradition Treaty.

6. Jose Manuel Garibay Felix has stipulated that there is probable cause to believe that he committed the offenses for which extradition is sought.

Based on the foregoing findings, the undersigned CONCLUDES and ORDERS that Jose Manuel Garibay Felix is extraditable on all offenses for which extradition is requested, and CERTIFIES this finding to the Secretary of State pursuant to Title 18, United States Code, Section 3184.

IT IS THEREFORE ORDERED that the Clerk of the Court transmit to the Assistant United States Attorney a certified copy of this Certification of Extraditability and the executed Affidavit of Consent to Extradition and, further, that the Clerk

1 | forward certified copies of the same to (1) The Secretary of
2 | State, Attn: Amber Kluesener, Law Enforcement and Intelligence,
3 | Office of the Legal Advisor, United States Department of State,
4 | 2201 C Street, N.W., Room 5419, Washington, D.C. 20520, and (2)
5 | Mary Ellen Warlow, Director, Office of International Affairs,
6 | Criminal Division, U.S. Department of Justice, 1301 New York
7 | Ave., N.W., Washington, D.C. 20005 (Attn: Valinda Jones), for
8 | appropriate disposition.

9 | IT IS FURTHER ORDERED that Jose Manuel Garibay Felix shall
10 | remain in custody until his transport to Mexico, unless the
11 | Secretary of State declines to issue a surrender warrant.

Dated: This 16th day of June, 2009.

THE COURT FINDS THAT MR. GARIBAY FELIX HAS NOT WAIVED ANY OF HIS RIGHTS PURSUANT TO THE DOCTRINE OF SPECIALTY.

_/s/ Carla M. Woehrle_
HON. CARLA WOEHRLE
United States Magistrate Judge
Central District of California